UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
Todd M. Griffin and  
Allene E. Stewart  
Debtors.

Chapter 13 No. 08-63474

Hon. Thomas J. Tucker

/

### RESPONSE TO NOTICE OF PLAN COMPLETION / NOTICE OF FINAL CURE

Now comes Creditor, Nationstar Mortgage LLC, by and through its attorneys, Trott & Trott, PC, with respect to property located at 28276 Berkshire Dr, Southfield, MI 48076-5426 hereby responds to the Chapter 13 Trustee's Notice of Plan Completion / Notice of Final Cure pursuant to Fed. R. Bankr. P. 3002.1(g) and/or applicable local rule as follows:

**AS OF THE DATE OF THE FILING OF THIS RESPONSE, THE LOAN IS DUE AND OWING FOR THE March 1, 2015 PAYMENT.**

Dated: February 4, 2015

Respectfully Submitted,  
Trott & Trott, P.C.

/S/ Athena Aitas (P61824)  
Attorney for Nationstar Mortgage LLC  
31440 Northwestern Hwy Ste 200  
Farmington Hills, MI 48334-5422  
248.642.2515  
Email: EasternECF@trottlaw.com

Trott #241439B04

TROTT LAW, P.C.  
31440 NORTHWESTERN HIGHWAY, SUITE 200  
FARMINGTON HILLS, MI 48334-5422  
PHONE 248.642.2515  
FACSIMILE 248.642.3628